STATE v. McCANTS and CORBETT

No. 62P00

Case below: 136 N.C.App. 442

Petition by defendant (Corbett) for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000.

STATE v. PETERSON

No. 491A93-2

Case below: Cumberland County Superior Court

Petition by defendant pro se for writ of certiorari to review the order of the Superior Court, Cumberland County, denied 6 April 2000.

STATE v. RICHMOND

No. 347A95-2

Case below: Cumberland County Superior Court

Petition by defendant pro se for writ of certiorari to review the order of the Superior Court, Cumberland County, denied 6 April 2000.

STATE v. TODD

No. 71P00

Case below: 133 N.C.App. 658

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000.

STATE EX REL. DESSELBERG v. PEELE

No. 73P00

Case below: 136 N.C.App. 206

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 2000.